IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, A DELAWARE GENERAL PARTNERSHIP; ET AL.,** | Hearing Date: |
| | CAUSE NO: **1:07CV00432** |
| Plaintiff/Petitioner | DECLARATION OF SERVICE OF: **NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; APPEARANCE; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A U.S. MAGISTRATE JUDGE; INITIAL ELECTRONIC CASE FILING ORDER** |
| vs. **AUTUMN LUCIEN** | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of March, 2007, at 3:25 PM**, at the address of **2109 SUITLAND Terrace SE APT 202, WASHINGTON, Dist of Columbia** County, **DC 20020**; this declarant served the above described documents upon **AUTUMN LUCIEN**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **AUTUMN LUCIEN, NAMED DEFENDANT, A black female approx. 18-21 years of age 5'2"-5'4" in height weighing 100-120 lbs with black hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **District of Columbia** that the statement above is true and correct.

DATED this **24th day of March, 2007**.

**Eddie W. Null, Sr.**

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: **4246716**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: March 24, 2007

Service of Summons and Complaint was made by me [1]

TITLE: PPS

NAME OF SERVER (PRINT)
Eddie W. Null, Sn

Check one box below to indicate appropriate method of service.

[X] Served personally upon the defendant. Place where served: 2190 Suitland Ton SE
APT 202
Washington, DC 20020

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 3-24-2006
Dated

Signature of Server

ABC LEGAL SERVICES/PFI
633 Yesler Way
Address of Server   Seattle, WA 98104

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.