UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> AUTUMN LUCIEN, <br><br> Defendant. | Civil Action No.: 1:07CV00432 |

## NOTICE OF ERRATA

COME NOW the Plaintiffs, SONY BMG MUSIC ENTERTAINMENT, *et al.*, and for their cause of action against Defendant Autumn Lucien, state:

1. Plaintiffs filed a Complaint for Copyright Infringement against Defendant on March 6, 2007. Plaintiffs named "Autumn Lucien" as Defendant.

2. Plaintiffs are informed and believe that Defendant's name is "Autumn Poteat" and that Defendant has used the alias "Autumn Lucien."

3. Plaintiffs request that Defendant's name in this lawsuit and its filings be corrected and changed to "Autumn Poteat," and that the caption in this lawsuit be amended and changed to "Autumn Poteat, aka Autumn Lucien."

2

WHEREFORE, Plaintiffs respectfully request that the Complaint and all previous filings be so amended.

Respectfully submitted,

Dated: April 24, 2007                                                            /s/
Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD  20854
(301) 299-4986

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF ERRATA** has been served upon the following non-CM/ECF participant(s) by United States mail, properly addressed and postage prepaid, on this 24th day of April, 2007:

Autumn Lucien
2109 Suitland Terr. SE
Apt 202
Washington, Dc 20020

/s/
Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, *et al.*, <br><br>       Plaintiffs, <br><br> vs. <br><br> AUTUMN LUCIEN, <br><br>       Defendant. | Civil Action No.: 1:07CV00432 |

### **[PROPOSED] ORDER**

  Upon review of Plaintiffs' Notice of Errata and for good cause shown, this Court

  ORDERS that Defendant's name in this lawsuit and its filings be corrected and changed to "Autumn Poteat," and

  FURTHER ORDERS that the caption in this lawsuit be amended and changed to "Autumn Poteat, aka Autumn Lucien."

DATED: _____    By: _____
                       United States District Judge