UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, *et al.*, ) ) ) ) Plaintiffs, ) ) v. ) ) AUTUMN LUCIEN ) ) Defendant. ) ) | Civil Action No. 07-432 (EGS) |

**ORDER TO SHOW CAUSE**

The Court hereby, *sua sponte*, **ORDERS** plaintiffs to show cause why this case should not be dismissed for failure to prosecute by no later than **July 24, 2007.** Failure to respond to this Order will result in dismissal of the case.

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**July 10, 2007**