UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211;

Arista Records LLC
888 Seventh Avenue, 40th Floor
New York, NY 10019;

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, NY 10014;

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404;

Plaintiffs,

v.

AUTUMN POTEAT, AKA AUTUMN LUCIEN,

Defendant.

Civil Action No.: 1:07-cv-00432-EGS

**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiffs, by their attorneys, for their complaint against Defendant, allege:

**JURISDICTION AND VENUE**

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2. This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

**PARTIES**

4. Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

5. Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6. Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7. Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

8. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

**COUNT I**

**INFRINGEMENT OF COPYRIGHTS**

9. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

10. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted

sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B attached to the original Complaint, filed on March 6, 2007 and incorporated herein by reference which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

11. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

12. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

13. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

14. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c)

for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

15. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1. For an injunction providing:

> "Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3. For Plaintiffs' costs in this action.

4. For Plaintiffs' reasonable attorneys' fees incurred herein.

5. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: July 15, 2007

**/s/**

Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986
Attorney for Plaintiffs

# EXHIBIT A

## AUTUMN LUCIEN, AKA AUTUMN POTEAT

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Arista Records LLC | Pink | There You Go | Can't Take Me Home | 279-958 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |
| UMG Recordings, Inc. | Ludacris | Growing Pains | Word of Mouf | 304-605 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

**EXHIBIT A**

**Autumn Lucien**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Arista Records LLC | Pink | There You Go | Can't Take Me Home | 279-958 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |
| UMG Recordings, Inc. | Ludacris | Growing Pains | Word of Mouf | 304-605 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| bLuE___aLiZe@KaZaA | slow jamz.kpl | everyone | 7KB | |
| bLuE___aLiZe@KaZaA | jorge remix - Track 5.mp3 | Ying Yang Twins | 2,598KB | Audio |
| bLuE___aLiZe@KaZaA | Your Body.mp3 | Pretty Ricky | 6,109KB | Audio |
| bLuE___aLiZe@KaZaA | 2005 Hottest Songz.kpl | Unknown | 2KB | |
| bLuE___aLiZe@KaZaA | 01 Playhouse.mp3 | Pretty Ricky | 6,379KB | Audio |
| bLuE___aLiZe@KaZaA | 13-pretty_ricky-shorty_be_mine.mp3 | Pretty Ricky | 6,208KB | Audio |
| bLuE___aLiZe@KaZaA | Chevy.mp3 | Pretty Ricky | 6,879KB | Audio |
| bLuE___aLiZe@KaZaA | Can I Live.mp3 | Nick Cannon | 6,722KB | Audio |
| bLuE___aLiZe@KaZaA | caribbean mix.kpl | every1 | 6KB | |
| bLuE___aLiZe@KaZaA | Backyard Band 9-29-04 - Track10(2).mp3 | Backyard Band | 10,666KB | Audio |
| bLuE___aLiZe@KaZaA | pretty ricky dance with me entire pv.asf | Unknown | 10KB | Video |
| bLuE___aLiZe@KaZaA | Still Fly Big Tymers .gif | Unknown | 1KB | Image |
| bLuE___aLiZe@KaZaA | temptations sugar pie honey bunch mp3.jpg | Unknown | 22KB | Image |
| bLuE___aLiZe@KaZaA | three six mafia .jpg | Unknown | 11KB | Image |
| bLuE___aLiZe@KaZaA | 01 01 Track 1.wma | Unknown | 3,726KB | Audio |
| bLuE___aLiZe@KaZaA | all mixed songs.kpl | all | 52KB | |
| bLuE___aLiZe@KaZaA | Go-Go mix.kpl | TCB | 2KB | |
| bLuE___aLiZe@KaZaA | 02 We Belong Together.wma | Mariah Carey | 1,610KB | Audio |
| bLuE___aLiZe@KaZaA | Micheal Jackson - Beat It [illegible].mp3 | Micheal Jackson | [illegible] | Audio |
| bLuE___aLiZe@KaZaA | 0702 b2k 1 [illegible] | Unknown | 13KB | Image |

Found 957 files

2,463,154 users online, sharing 690,743,894 files (58,3 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| bLuE___aLiZe@KaZaA | Micheal Jackson - Beat It (1).mp3 | Micheal Jackson | 1,741KB | Audio |
| bLuE___aLiZe@KaZaA | 0702_b2k_j_boog.jpg | Unknown | 13KB | Image |
| bLuE___aLiZe@KaZaA | 0702_b2k_lil_fizz.jpg | Unknown | 15KB | Image |
| bLuE___aLiZe@KaZaA | 05 - Back Then.ra | Mike Jones | 6,821KB | Audio |
| bLuE___aLiZe@KaZaA | 08-Tempted 2 Touch.mp3 | Rupee | 2,527KB | Audio |
| bLuE___aLiZe@KaZaA | Micheal Jackson - Bad.mp3 | Micheal Jackson | 3,835KB | Audio |
| bLuE___aLiZe@KaZaA | 11 the new workout plan (0).wma | Kanye West | 1,930KB | Audio |
| bLuE___aLiZe@KaZaA | 11 The New Workout Plan.wma | Kanye West | 5,086KB | Audio |
| bLuE___aLiZe@KaZaA | 13-Hot Steppin - Machel.mp3 | Machel Montano | 3,801KB | Audio |
| bLuE___aLiZe@KaZaA | 10-snoop_feat.wma | Unknown | 2,686KB | Audio |
| bLuE___aLiZe@KaZaA | 3)Cater 2 U.mp3 | Destiny's Child | 5,795KB | Audio |
| bLuE___aLiZe@KaZaA | 350_kanye_fallsdown.wmv | Unknown | 14,996KB | Video |
| bLuE___aLiZe@KaZaA | 112 - Peaches N Cream.mp3 | 112 | 4,650KB | Audio |
| bLuE___aLiZe@KaZaA | 3lw - Kiely.jpe | Unknown | 29KB | Image |
| bLuE___aLiZe@KaZaA | Pretty Ricky - Grind With Me.wma | Pretty Ricky | 3,901KB | Audio |
| bLuE___aLiZe@KaZaA | 3LW @ Usher Party.jpg | Unknown | 19KB | Image |
| bLuE___aLiZe@KaZaA | 3LW-- Contest Girls.jpg | Unknown | 9KB | Image |
| bLuE___aLiZe@KaZaA | 3LW-Playaz Gonna Play | 3LW | 2,944KB | |
| bLuE___aLiZe@KaZaA | 3LW_bowwow.jpg | Unknown | [illegible] | Image |
| bLuE___aLiZe@KaZaA | 50 CENT IS THE FUTURE.jpg | Unknown | 28KB | Image |

Found 957 files

2,463,154 users online, sharing 690,743,894 files (58,3 Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| bLuE__aLiZe@KaZaA | 3LW_bowwow.jpg | Unknown | 31KB | Image |
| bLuE__aLiZe@KaZaA | 50 CENT IS THE FUTURE.jpg | Unknown | 28KB | Image |
| bLuE__aLiZe@KaZaA | 50 cent photo.jpg | Unknown | 9KB | Image |
| bLuE__aLiZe@KaZaA | Aaliyah - Animated.jpg | Unknown | 5KB | Image |
| bLuE__aLiZe@KaZaA | Aaliyah - Matrix desktop.jpg | Unknown | 126KB | Image |
| bLuE__aLiZe@KaZaA | Aaliyah and Ginuwine.jpg | Unknown | 7KB | Image |
| bLuE__aLiZe@KaZaA | Aaliyah in the rain.jpg | Unknown | 40KB | Image |
| bLuE__aLiZe@KaZaA | Ah Home.mp3 | Iwer George | 7,241KB | Audio |
| bLuE__aLiZe@KaZaA | Alicia keys - 06 If I Aint Got You.wma | Alicia Keys | 1,814KB | Audio |
| bLuE__aLiZe@KaZaA | alicia keys gold bra.jpg | Unknown | 585KB | Image |
| bLuE__aLiZe@KaZaA | Alicia Keys If I Ain't Got You.wma | Alicia Keys | 3,615KB | Audio |
| bLuE__aLiZe@KaZaA | Alicia Keys If I Aint Got You.wma | Alicia Keys | 2,262KB | Audio |
| bLuE__aLiZe@KaZaA | Wait (girl Version).mp3 | Ying Yang Twins | 2,645KB | Audio |
| bLuE__aLiZe@KaZaA | Omarion ft Pharrell - Touch.mp3 | Omarion | 5,353KB | Audio |
| bLuE__aLiZe@KaZaA | Trickdaddy - Let's Go.mp3 | Trick Daddy | 3,557KB | Audio |
| bLuE__aLiZe@KaZaA | Mario - How Could You.MP3 | Mario | 5,534KB | Audio |
| bLuE__aLiZe@KaZaA | Ima Hustla.mp3 | Cassidy | 4,490KB | Audio |
| bLuE__aLiZe@KaZaA | lil john remix.WMA | Lil' Jon and The Eastside ... | 3,855KB | Audio |
| bLuE__aLiZe@KaZaA | threeL W - Playaz Gonna Play.mp3 | 3LW | [illegible] | Audio |
| bLuE__aLiZe@KaZaA | Twista-Overnight Celebrity | Twista | 3,691KB | |

Found 957 files

3,463,154 users online, sharing 690,743,894 files (58,3 Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| bLuE___aLiZe@KaZaA | threeLW - Playaz Gonna Play.mp3 | 3LW | 2,944KB | Audio |
| bLuE___aLiZe@KaZaA | Twista-Overnight Celebrity | Twista | 3,691KB | |
| bLuE___aLiZe@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | |
| bLuE___aLiZe@KaZaA | Avant - Makin' Good Love.mp3 | Avant | 6,307KB | Audio |
| bLuE___aLiZe@KaZaA | Avril Lavigne01 (2).jpg | Avril Lavigne | 76KB | Image |
| bLuE___aLiZe@KaZaA | B2K ft P. Diddy - Bump, Bump, Bump.wma | B2K | 1,364KB | Audio |
| bLuE___aLiZe@KaZaA | B2K In Immature Hats.jpg | Unknown | 9KB | Image |
| bLuE___aLiZe@KaZaA | B2K Is Hot 4 Sho.jpg | B2K | 8KB | Image |
| bLuE___aLiZe@KaZaA | b2k, imx, tg4.bmp | Unknown | 270KB | Image |
| bLuE___aLiZe@KaZaA | B2K-11.jpg | B2K | 13KB | Image |
| bLuE___aLiZe@KaZaA | B2K-4.jpg | B2K | 16KB | Image |
| bLuE___aLiZe@KaZaA | B2K-6.jpg | B2K | 12KB | Image |
| bLuE___aLiZe@KaZaA | B2K-BadaBoom.wma | B2K | 1,421KB | Audio |
| bLuE___aLiZe@KaZaA | b2k_hotpicks[1].gif | B2K | 1KB | Image |
| bLuE___aLiZe@KaZaA | Baby Bash - Suga Suga.mp3 | Baby Bash | 3,786KB | Audio |
| bLuE___aLiZe@KaZaA | baby_ft._p._diddy-pretty_lady-osc.wma | Big Tymers | 2,937KB | Audio |
| bLuE___aLiZe@KaZaA | Backyard Band - Cross the Border Mama.mp3 | Backyard Band | 3,293KB | Audio |
| bLuE___aLiZe@KaZaA | Backyard Band - Gangsta 4 Life (1).mp3 | Backyard Band | 8,464KB | Audio |
| bLuE___aLiZe@KaZaA | Backyard Band - Mary Jane.mp3 | Backyard Band | [illegible] | Audio |
| bLuE___aLiZe@KaZaA | Bega, Lou - Mambo # 5.mp3 | Lou Bega | 4,380KB | Audio |

Found 957 files 2,463,154 users online, sharing 690,743,894 files (58,3 Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| bLuE__aLiZe@KaZaA | Backyard Band - Mary Jane.mp3 | Backyard Band | 1,572KB | Audio |
| bLuE__aLiZe@KaZaA | Baga, Lou - Mombo # 5.mp3 | Lou Baga | 4,380KB | Audio |
| bLuE__aLiZe@KaZaA | Beenie Man - Dude (remix).wma | Beanie Man | 3,241KB | Audio |
| bLuE__aLiZe@KaZaA | beware of lil bow wow.gif | lil bow wow | 40KB | Image |
| bLuE__aLiZe@KaZaA | Big Tymers Ferrari.jpg | *Big Tymers | 44KB | Image |
| bLuE__aLiZe@KaZaA | Blaque - Bring It All To Me.mp3 | Blaque | 2,982KB | Audio |
| bLuE__aLiZe@KaZaA | blaque-im_good-wcr.mp3 | Blaque | 4,390KB | Audio |
| bLuE__aLiZe@KaZaA | Bone Thugs n Phil Collins-Home.MP3 | Bone Thugs-n-Harmony | 2,165KB | Audio |
| bLuE__aLiZe@KaZaA | Bone Thugs-N-Harmony - Vol. 1-Collection.jpg | Unknown | 16KB | Image |
| bLuE__aLiZe@KaZaA | Bone_Thugs_-_N_-_Harmony_-_Thug_World_Order-back.j... | Unknown | 271KB | Image |
| bLuE__aLiZe@KaZaA | Bone_Thugs_-_N_-_Harmony_-_Thug_World_Order-front.... | Unknown | 216KB | Image |
| bLuE__aLiZe@KaZaA | Bow Wow - My Baby ft.wma | Bow Wow | 2,992KB | Audio |
| bLuE__aLiZe@KaZaA | Breath Shake Stretch.mp3 | Mase | 3,097KB | Audio |
| bLuE__aLiZe@KaZaA | britney spears in pink bikini2 (1).jpg | Unknown | 23KB | Image |
| bLuE__aLiZe@KaZaA | Bubba Sparxxx - Deliverance (1).asf | Bubba Sparxx | 9,771KB | Video |
| bLuE__aLiZe@KaZaA | CAN U GO DOWN LOW.mp3 | TCB | 7,196KB | Audio |
| bLuE__aLiZe@KaZaA | cassidy_r._kelly-hotel-wcr.mp3 | Cassidy | 6,242KB | Audio |
| bLuE__aLiZe@KaZaA | Chapelle Show- Rick James.wmv | Dave Chapelle | 14,908KB | Video |
| bLuE__aLiZe@KaZaA | Chingy (1).jpg | Chingy | 33KB | Image |
| bLuE__aLiZe@KaZaA | Chingy One Call Away.wma | Chingy | [illegible] | Audio |

Found 957 files

2,463,154 users online, sharing 690,743,894 files (58,3 . Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| bLuE___aLiZe@KaZaA | Chingy (1).jpg | Chingy | 33KB | Image |
| bLuE___aLiZe@KaZaA | Chingy One Call Away.wma | Chingy | 2,189KB | Audio |
| bLuE___aLiZe@KaZaA | chingy-2.jpg | Unknown | 7KB | Image |
| bLuE___aLiZe@KaZaA | Chingy.bmp | Unknown | 53KB | Image |
| bLuE___aLiZe@KaZaA | Christina Aguilera, Pink, Lil' Kim, Mya - Lady Marmalade.jpg | Unknown | 22KB | Image |
| bLuE___aLiZe@KaZaA | christmas songs.kpl | Unknown | 1KB | |
| bLuE___aLiZe@KaZaA | Ciara - One Two Step.mp3 | Ciara | 3,222KB | Audio |
| bLuE___aLiZe@KaZaA | city high.bmp | Unknown | 93KB | Image |
| bLuE___aLiZe@KaZaA | Clipse and Neptunes.jpg | Unknown | 36KB | Image |
| bLuE___aLiZe@KaZaA | cmb_splash.gif | juvenile big tymers lil way... | 42KB | Image |
| bLuE___aLiZe@KaZaA | D12_Eminem -=- My Band.wma | D12 | 2,366KB | Audio |
| bLuE___aLiZe@KaZaA | Daddy Eminem.jpg | Eminem | 29KB | Image |
| bLuE___aLiZe@KaZaA | Dave Chapelle as R. Kelly.WMV | Dave Chapelle | 3,567KB | Video |
| bLuE___aLiZe@KaZaA | David Banner - Crank It Up.mp3 | David Banner | 1,540KB | Audio |
| bLuE___aLiZe@KaZaA | DEM FRANCHIZE BOYS- WHITE TEE'S (1).mp3 | Dem Franchise Boys | 5,669KB | Audio |
| bLuE___aLiZe@KaZaA | Denise Belfon - Saucy Baby.mp3 | Denise Belfon | 5,011KB | Audio |
| bLuE___aLiZe@KaZaA | Destiny's child- Lose My Breath.mpeg | Destinys Child | 33,640KB | Video |
| bLuE___aLiZe@KaZaA | Destinys Child - Soldier (2) (2).mp3 | Destiny's Child | 3,797KB | Audio |
| bLuE___aLiZe@KaZaA | devil spongebob.jpg | Spongebob Squarepants | 7KB | Image |
| bLuE___aLiZe@KaZaA | DMX ft. Swizz Beatz - Get On The Floor.wma | DMX | 2,582KB | Audio |

Found 957 files

2,463,154 users online, sharing 690,743,894 files (58,3 ; Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| bLuE___aLiZe@KaZaA | devil_spongebob.jpg | Spongebob Squarepants | 7KB | Image |
| bLuE___aLiZe@KaZaA | DMX ft. Swizz Beatz - Get On The Floor.wma | DMX | 2,582KB | Audio |
| bLuE___aLiZe@KaZaA | DMX with Sisqo (1).jpg | DMX_Sisqo | 45KB | Image |
| bLuE___aLiZe@KaZaA | Dru Hill - Somebody's Sleeping in My Bed.mp3 | Dru Hill | 4,486KB | Audio |
| bLuE___aLiZe@KaZaA | E40_Lil Jon - Quit Hatin (dirty)-gsm.mp3 | Lil' Jon and The Eastside ... | 3,799KB | Audio |
| bLuE___aLiZe@KaZaA | Eazy e - It's on (Dr. Dre) 187um Killa.jpg | Unknown | 26KB | Image |
| bLuE___aLiZe@KaZaA | Eazy-E-throne.gif | Unknown | 65KB | Image |
| bLuE___aLiZe@KaZaA | Electronica - Emerging Artists.kpl | Unknown | 0KB | |
| bLuE___aLiZe@KaZaA | Elephant Man - Pon De River.asf | Elepant Man | 8,300KB | Video |
| bLuE___aLiZe@KaZaA | Elephant- Jook Gyal (1).mp3 | Elephant Man | 4,462KB | Audio |
| bLuE___aLiZe@KaZaA | Eminem - Just Lose It [Kobra].wmv | Eminem | 7,531KB | Video |
| bLuE___aLiZe@KaZaA | Eminem 3.jpg | Eminem | 30KB | Image |
| bLuE___aLiZe@KaZaA | eminem encore just lose it-wcr.mp3 | Eminem | 5,619KB | Audio |
| bLuE___aLiZe@KaZaA | eminem with friend.jpg | Unknown | 29KB | Image |
| bLuE___aLiZe@KaZaA | Fabolous-Cant Let You Go.mp3 | Fabolous | 5,243KB | Audio |
| bLuE___aLiZe@KaZaA | Fabulous- Jahiem.mp3 | Jahiem | 3,165KB | Audio |
| bLuE___aLiZe@KaZaA | Funk - Emerging Artists.kpl | Unknown | 0KB | |
| bLuE___aLiZe@KaZaA | Get Back.mp3 | Ludacris | 4,319KB | Audio |
| bLuE___aLiZe@KaZaA | Get Low Remix | Lil Jon and The Eastside ... | [illegible] | [illegible] |
| bLuE___aLiZe@KaZaA | GINUWINE (THE LIFE).JPG | Ginuwine | 20KB | Image |

Found 957 files

2,463,154 users online, sharing 690,743,894 files (58,3 Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| bLuE___aLiZe@KaZaA | Get low Remix | Lil' Jon and The Eastside ... | 3,855KB | |
| bLuE___aLiZe@KaZaA | GINUWINE (THE LIFE).JPG | Ginuwine | 20KB | Image |
| bLuE___aLiZe@KaZaA | Ginuwine - Differences.mp3 | Ginuwine | 6,224KB | Audio |
| bLuE___aLiZe@KaZaA | Ginuwine - Same Ol G.mp3 | Ginuwine | 4,096KB | Audio |
| bLuE___aLiZe@KaZaA | ginuwine pic. 7.bmp | Ginuwine | 228KB | Image |
| bLuE___aLiZe@KaZaA | ginuwine1.jpg | Ginuwine | 290KB | Image |
| bLuE___aLiZe@KaZaA | Hip-Hop - Emerging Artists.kpl | Unknown | 0KB | |
| bLuE___aLiZe@KaZaA | hottie eminem.jpg | Eminem | 31KB | Image |
| bLuE___aLiZe@KaZaA | I CAME TO PARTY (1).mp3 | UCB | 2,036KB | Audio |
| bLuE___aLiZe@KaZaA | I-20 - Fightin In The Club.mp3 | I-20 | 5,471KB | Audio |
| bLuE___aLiZe@KaZaA | ice.jpg | B2K | 119KB | Image |
| bLuE___aLiZe@KaZaA | imx - first time.mp3 | iMX | 6,233KB | Audio |
| bLuE___aLiZe@KaZaA | In My Pink Tee(a).wma | Dem Franchise Boys | 1,431KB | Audio |
| bLuE___aLiZe@KaZaA | It's Carnival.mp3 | Machel Montano | 5,435KB | Audio |
| bLuE___aLiZe@KaZaA | Jay-Z _Nas together.jpg | NAS | 21KB | Image |
| bLuE___aLiZe@KaZaA | Jay-Z-Dirt Off Your Shoulder.wma | Jay-Z | 2,901KB | Audio |
| bLuE___aLiZe@KaZaA | Jay-z-encore-wcr (1).mp3 | Jay-Z | 2,370KB | Audio |
| bLuE___aLiZe@KaZaA | JBoog(B2K)-2 (1).jpg | B2K | 8KB | Image |
| bLuE___aLiZe@KaZaA | JBoog_looking_sexy.jpg | B2K | [illegible] | Image |
| bLuE___aLiZe@KaZaA | Jkwon - tipsy (Dirty).mp3 | J-Kwon | 3,012KB | Audio |

Found 957 files

2,463,154 users online, sharing 690,743,894 files (58,3 Not sharing any files