UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT<br>550 Madison Avenue<br>New York, NY 10022-3211;<br><br>Arista Records LLC<br>888 Seventh Avenue, 40th Floor<br>New York, NY 10019;<br><br>Atlantic Recording Corporation<br>1290 Avenue of the Americas<br>New York, NY 10014;<br><br>UMG Recordings, Inc.<br>2220 Colorado Avenue<br>Santa Monica, CA 90404;<br><br>                    Plaintiffs,<br><br>          v.<br><br>AUTUMN POTEAT, AKA AUTUMN LUCIEN,<br><br>                    Defendant. | Civil Action No.:  1:07-cv-00432-EGS |

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs, SONY BMG Music Entertainment, Arista Records LLC, Atlantic Recording Corporation, and UMG Recordings, Inc. respectfully respond to the Court's July 19, 2007 Order to Show Cause and state as follows:

1.      Pursuant to a Rule 45 subpoena, Defendant's Internet Service Provider, America Online ("AOL"), idenitifed Autumn Lucien as the subscriber responsible for an account over which copyright infringement took place on August 3, 2005.

2. On March 6, 2007, Plaintiffs filed the Complaint in this action against against Autumn Lucien.

3. On March 24, 2007, Defendant was served with the Summons and Complaint.

4. After accomplishing service, Plainitffs sought to discuss this case with Defendant. In the course of attempting to find a telephone number for her, Plaintiffs Plainitffs discovered that Defendant is also known by the alias "Autumn Poteat."

5. On April 24, 3007, Plaintiffs filed with the Court a Notice of Errata so that the Complaint would include Defendant's alias.

6. The Court construed Plaintiffs' Notice of Errata as a Motion to Amend the Complaint and denied Plainitffs' Motion to Amend without prejudice.

7. On July 10, 2007, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute.

8. At no time has Defendant responded either in a filing or by correspondence to the Summons and Complaint with which she was served.

8. On July 16, 2007, in order to have any default judgement against the defendant include her alias, Plaintiffs filed an Amended Complaint, naming "Autumn Poteat, aka Autumn Lucien" as Defendant.

9. On that same day, July 16, 2007, Plaintiffs served Defendant with a copy of the Amended Complaint by mailing a copy to her at the address listed on the Summons.

10. Absent an Order from the Court to the contrary, Plaintiffs will file a Motion for Entry of Default if Defendant fails to file an Answer or otherwise defend this action by August 6, 2007.

11. Plaintiffs have been diligent in prosecuting this case and request the Court's

forgiveness for any inadvertent delay in filing their Amended Complaint, thereby delaying Plaintiffs' ability to seek entry of default against this Defendant.

  WHEREFORE, Plainitffs respectfully request that the Court not dismiss this action.

|  |  |
|---|---|
| | Respectfully submitted, |
| July 24, 2007 | /s/<br>Matthew J. Oppenheim (D.C. Bar No. 443698)<br>Oppenheim Group<br>7304 River Falls Drive<br>Potomac, MD  20854<br>(301) 299-4986<br>Attorney for Plaintiffs |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 24th day of July, 2007, a true and correct copy of the foregoing **Response to Order to Show Cause** was served on:

Autumn Poteat, aka Autumn Lucien
2109 Suitland Terrace, SE
Apartment 202
Washington, DC  20020


                                            /s/_____
                                              Matthew J. Oppenheim