UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, ET AL. V., <br><br> Plaintiffs, <br><br> vs. <br><br> AUTUMN POTEAT, AKA AUTUMN LUCIEN, <br><br> Defendant. | Civil Action No.: 1:07-cv-00432-EGS |

## PLAINTIFFS' REQUEST FOR THE CLERK TO ENTER DEFAULT

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint or Amended Complaint  within the time prescribed by the Federal Rules of Civil Procedure.  Declaration of Matthew J. Oppenheim ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on March 24, 2007, by personal service, as evidenced by the proof of service on file with this Court and served the Amended Complaint on Defendant on July 16, 2007 by U.S. Mail.  Id. ¶ 2.  Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint.  Id. ¶ 4.

2

      Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

                                  Respectfully submitted,

Dated: August 12, 2007        /s/
                                  Matthew J. Oppenheim (D.C. Bar No. 443698)
                                  Oppenheim Group
                                  7304 River Falls Drive
                                  Potomac, MD  20854
                                  (301) 299-4986

                                  *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, ET AL. V., <br><br> Plaintiffs, <br><br> vs. <br><br> AUTUMN POTEAT, AKA AUTUMN LUCIEN, <br><br> Defendant. | Civil Action No.: 1:07-cv-00432-EGS |

## DECLARATION OF MATTHEW J. OPPENHEIM IN SUPPORT OF PLAINTIFFS' REQUEST FOR THE CLERK TO ENTER DEFAULT

I, Matthew J. Oppenheim, declare:

1. I am an attorney at law licensed to practice before this United States District Court. I am one of the attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On March 6, 2007, Plaintiffs filed the Complaint and on July 16, 2007 in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on March 24, 2007, by personal service. Plaintiffs served the Amended Complaint on Defendant on July 16, 2007 by U.S. Mail.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint and Amended Complaint were effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint or Amended Complaint.

2

5. Defendant has failed to answer or otherwise respond to the Complaint or Amended Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. A search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12 day of August, 2007 at Potomac, Maryland.

/s/
Matthew J. Oppenheim

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, ET AL. V.,<br><br>       Plaintiffs,<br><br>vs.<br><br>AUTUMN POTEAT, AKA AUTUMN LUCIEN,<br><br>       Defendant. | Civil Action No.: 1:07-cv-00432-EGS |

## **DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Autumn Poteat aka Autumn Lucien, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that said Defendant has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Autumn Poteat aka Autumn Lucien hereby is entered.

DATED: _____  By: _____
                                  Deputy Clerk