Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SONY BMG MUSIC ENTERTAINMENT et al

    Plaintiff(s)

V.

Civil Action No. 07-cv-00432-EGS

AUTUMN POTEAT

    Defendant(s)

RE: AUTUMN POTEAT

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 24, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of August, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk