UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AUTUMN POTEAT, AKA AUTUMN LUCIEN <br><br> Defendant. | Civil Action No. 07-432 (EGS) |

### ORDER

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby **ORDERED** that Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00); and it is

**FURTHER ORDERED** that Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Forty Five Dollars ($445.00); and it is

**FURTHER ORDERED** that Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Sexual Healing," on album "Midnight Love," by artist "Marvin Gaye" (SR# 41-568);
- "There You Go," on album "Can't Take Me Home," by artist "Pink" (SR# 279-958);
- "I'm A Thug," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);
- "Beauty," on album "Enter the Dru," by artist "Dru Hill" (SR# 290-402);
- "Growing Pains," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605);
- "Complicated," on album "Let Go," by artist "Avril Lavigne" (SR# 312-786);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization

and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
              **United States District Judge**
              **January 7, 2008**